IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARIO GOMEZ SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VACAVILLE, et al. <br><br> Defendants. | Case No. 2:18-cv-02698-KJM-KJN <br><br> STIPULATION OF PARTIES TO DEEM SERVICE ACCOMPLISHED AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING <br><br> ORDER RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

Defendants City of Vacaville and William Boehm, through their counsel Richard Osman, and Plaintiff Carlos Mario Gomez Sr., through his counsel Catherine A. Beekman, hereby stipulate and agree that 1) service on both Defendants shall be deemed accomplished December 26, 2018, and 2) Defendants shall file a responsive pleading no later than 30 days after the date of service, *i.e.*, no later than January 25, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION AND ORDER 2:18-cv-02698-KJM-KJN

| | | |
|---|---|---|
| DATED: December 26, 2018 | By: | /S/ *Catherine A. Beekman* |
| | | Catherine A. Beekman<br>Attorney for Plaintiff |
| DATED: December 26, 2018 | By: | /S/ *Richard Osman* |
| | | Richard Osman<br>Attorney for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 9, 2019.

_____
UNITED STATES DISTRICT JUDGE