Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: rosman@bfesf.com
scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE and
OFFICER WILLIAM BOEHM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. GOMEZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VACAVILLE, a public entity; Vacaville Police Officer WILLIAM BOEHM; and DOES 1-10, <br><br> Defendants. | Case No. 2:18-CV-02698-KJM-KJN <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Date: June 27, 2019 <br> Time: 9:00 a.m. <br> Location: Courtroom 26 – 8th Floor <br> 501 I Street <br> Sacramento, CA 95814 <br><br> **Hon. Allison Claire** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CARLOS M. GOMEZ, SR. and defendants CITY OF VACAVILLE and WILLIAM BOEHM, by and through their attorneys of record, hereby stipulate as follows:

1. On March 15, 2019, the Court issued a pretrial order wherein it ordered the settlement conference would be held on June 27, 2019. (Docket No. 12.)

2. Counsel for defendants will be unavailable on that date due to an already scheduled out of state vacation.

3. Counsel met and conferred regarding rescheduling of the matter and also contacted the Court for available dates and it was determined that the Court and the parties all can be available for the

1

settlement conference on July 11, 2019.

4. Based on the above, the parties respectfully request the date of the settlement conference currently scheduled for June 27, 2019 be rescheduled to July 11, 2019, at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 29, 2019        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Sheila D. Crawford*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VACAVILLE and WILLIAM BOEHM

Dated: March 29, 2019        BEEKMAN CORTES LLP

By: */s/ Catherine A. Beekman*
Catherine A. Beekman
Attorney for Plaintiff
CARLOS M. GOMEZ, SR.

### ELECTRONIC CASE FILING ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.

Dated: March 29, 2019        */s/ Sheila D. Crawford*
Sheila D. Crawford

### [~~PROPOSED~~ ORDER]

Pursuant to the stipulation of the parties, and good cause appearing, the settlement conference set for June 27, 2019, is continued to July 11, 2019, at 9:00 a.m.

Dated: March 29, 2019        *[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE