IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. GOMEZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VACAVILLE, a public entity; <br> Vacaville Police Officer WILLIAM BOEHM; <br> and DOES 1-10, <br><br> Defendants. | Case No. 2:18-CV-02698-KJM-KJN <br><br> **STIPULATED REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CARLOS M. GOMEZ, SR. and defendants OFFICER WILLIAM BOEHM and CITY OF VACAVILLE, by and through their attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter that the parties respectfully request the Court issue an order continuing expert discovery deadlines as follows: Expert disclosure deadline continued from February 14, 2020 to May 15, 2020; Rebuttal expert disclosure deadline continued from February 28, 2020 to May 29, 2020; and Expert discovery cut off continued from March 13, 2020 to June 12, 2020.

Good cause exists for the requested continuance. On January 27, 2020, the Court continued the hearing date on defendants' motion for summary judgment from February 7, 2020 to March 6, 2020. (Docket No. 30) The requested alteration of the expert discovery deadlines is therefore necessary to permit the parties to sufficiently complete expert discovery without incurring potentially unnecessary

1

expert costs in the event summary judgment is granted.

This is the first request to continue the expert discovery deadlines. This extension will not affect any other dates previously set by the Court.

For the reasons set forth above, the parties respectfully request this Court continue the previously set expert discovery deadlines as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosures | February 14, 2020 | May 15, 2020 |
| Rebuttal Expert Disclosures | February 28, 2020 | May 29, 2020 |
| Close of Expert Discovery | March 13, 2020 | June 12, 2020 |

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated:  January 28, 2020        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                By: */s/ Richard W. Osman*
                                    Richard W. Osman
                                    Sheila D. Crawford
                                    Attorneys for Defendants
                                    OFFICER WILLIAM BOEHM and CITY OF VACAVILLE

Dated:  January 28, 2020        BEEKMAN CORTES LLP

                                By: */s/Catherine A. Beekman*
                                    Catherine A. Beekman
                                    Attorneys for Plaintiff
                                    CARLOS M. GOMEZ SR.

### **ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by

counsel to show their signature on this document as /s/.

Dated: January 28, 2020	BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ Richard W. Osman

## ORDER

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the expert discovery deadlines are continued as follows:

Expert disclosure deadline continued from February 14, 2020, to May 15, 2020;

Rebuttal expert disclosure deadline continued from February 28, 2020, to May 29, 2020; and

Expert discovery cut off continued from March 13, 2020, to June 12, 2020.

IT IS SO ORDERED.

Dated: January 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/2698

---

3
STIPULATED REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES; ORDER
*Gomez v. City of Vacaville, et al.*; USDC Eastern District of CA Case No. 2:18-CV-02698-KJM-KJN