1  Catherine A. Beekman, State Bar No. 245605
   BEEKMAN CORTES LLP
2  940 Adams Street, Suite J
   Benicia, CA 94510
3  Telephone: (707) 346-3060
   Facsimile: (707) 561-6646
4
5  Attorneys for Plaintiff
   CARLOS M. GOMEZ, SR.
6

   Richard W. Osman, State Bar No. 167993
   Sheila D. Crawford, State Bar No. 278292
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   The Waterfront Building
   2749 Hyde Street
   San Francisco, California 94109
   Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990

7  Attorneys for Defendants
   CITY OF VACAVILLE AND
8  OFFICER WILLIAM BOEHM

9

10                    IN THE UNITED STATES DISTRICT COURT

11                    FOR THE EASTERN DISTRICT OF CALIFORNIA

12 CARLOS M. GOMEZ, SR.,                    Case No. 2:18-CV-02698-KJM-KJN

13        Plaintiff,

14 v.                                        **STIPULATED REQUEST TO CONTINUE
                                             EXPERT DISCOVERY DEADLINES; ORDER**
15
   CITY OF VACAVILLE, a public entity;
16 Vacaville Police Officer WILLIAM BOEHM;
   and DOES 1-10,
17
          Defendants.
18

19

20

21

22

23 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

24        Plaintiff CARLOS M. GOMEZ, SR. and defendants OFFICER WILLIAM BOEHM and CITY OF

25 VACAVILLE, by and through their attorneys of record, hereby stipulate as follows:

26        IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter

27 that the parties respectfully request the Court issue an order continuing expert discovery deadlines as

28 follows: Expert disclosure deadline continued from May 15, 2020, to June 15, 2020; Rebuttal expert

disclosure deadline continued from May 29, 2020, to June 29, 2020; and Expert discovery cut off continued from June 12, 2020, to July 17, 2020.

Good cause exists for the requested continuance, as an expert witness for Plaintiff, an Emergency Room physician whose practice and available time has been impacted by the ongoing pandemic, needs additional time to complete his report.

There has been one previous extension of the expert discovery deadlines. On January 30, 2020, the Court continued the deadlines pursuant to the parties' stipulation. (Docket No. 32.) This extension will not affect any other dates previously set by the Court.

For the reasons set forth above, the parties respectfully request this Court continue the previously set expert discovery deadlines as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Disclosures | May 15, 2020 | June 15, 2020 |
| Rebuttal Expert Disclosures | May 29, 2020 | June 29, 2020 |
| Close of Expert Discovery | June 12, 2020 | July 17, 2020 |

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated:  May 4, 2020                                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By: */s/ Richard W. Osman, as approved 5/3/2020*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
OFFICER WILLIAM BOEHM and CITY OF VACAVILLE

Dated:  May 4, 2020                                      BEEKMAN CORTES LLP

                                                         By:  */s/ Catherine A. Beekman.*
                                                              Catherine A. Beekman
                                                              Attorneys for Plaintiff
                                                              CARLOS M. GOMEZ SR.

### **ELECTRONIC CASE FILING ATTESTATION**

I, Catherine A. Beekman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  May 4, 2020                                      BEEKMAN CORTES, LLP

                                                         By:  */s/ Catherine A. Beekman*

# **ORDER**

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the expert discovery deadlines are continued as follows:

Expert disclosure deadline continued from May 15, 2020 to June 15, 2020;

Rebuttal expert disclosure deadline continued from May 29, 2020 to June 29, 2020; and

Expert discovery cut off continued from June 12, 2020 to July 17, 2020.

IT IS SO ORDERED.

Dated:  May 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE