Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE AND
OFFICER WILLIAM BOEHM

Catherine A. Beekman, State Bar No. 245605
BEEKMAN CORTES LLP
940 Adams Street, Suite J
Benicia, CA 94510
Telephone: (707) 346-3060
Facsimile: (707) 561-6646

Attorneys for Plaintiff
CARLOS M. GOMEZ, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. GOMEZ, SR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, a public entity; Vacaville Police Officer WILLIAM BOEHM; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:18-CV-02698-KJM-KJN<br><br>**STIPULATED REQUEST TO CONTINUE EXPERT DISCOVERY CUT OFF; ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Plaintiff CARLOS M. GOMEZ, SR. and defendants OFFICER WILLIAM BOEHM and CITY OF VACAVILLE, by and through their attorneys of record, hereby stipulate as follows:

　　　IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-captioned matter and it is respectfully requested that the Court issue an order continuing expert discovery cut off from July 17, 2020, to August 21, 2020.

　　　Good cause exists for the requested continuance.  The parties timely disclosed experts and produced expert reports on June 12, 2020.  The experts and counsel in this matter have limited availability to conduct the depositions because numerous events that were scheduled over the past several

1

months have been continued to the month of July 2020. Additionally, Plaintiff's medical expert, an Emergency Room physician, has experienced an impact on his practice and available time and plaintiff's counsel believes it will be difficult to schedule his deposition prior to the currently-scheduled expert discovery cut off of July 17, 2020.

There have been two previous requests to continue the expert discovery cut off. (Docket Nos. 32 and 39.) This extension will not affect any other dates previously set by the Court.

For the reasons set forth above, the parties respectfully request this Court continue the previously set expert discovery cut off.

IT IS SO STIPULATED AND REQUESTED THROUGH THE PARTIES COUNSEL OF RECORD.

Dated:  July 1, 2020                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Richard W. Osman*
   Richard W. Osman
   Sheila D. Crawford
   Attorneys for Defendants
   OFFICER WILLIAM BOEHM and CITY OF VACAVILLE

Dated:  July 1, 2020                         BEEKMAN CORTES LLP

By: */s/Catherine A. Beekman*
   Catherine A. Beekman
   Attorneys for Plaintiff
   CARLOS M. GOMEZ SR.

## **ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated:  July 1, 2020                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Richard W. Osman*
     Richard W. Osman

2

# ORDER

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the expert discovery cut off is continued from July 17, 2020, to August 21, 2020.

IT IS SO ORDERED.

Dated: July 8, 2020

/2698.stip ext

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE