CATHERINE A. BEEKMAN (SBN 245605)
FRANCISCO V. CORTES (SBN 239652)
P.O. Box 1427
Vallejo, CA 94590
Telephone: (707) 346-3060
Fax: (707) 561-6646
Email:  cate@beekmancortes.com
        francisco@beekmancortes.com

Attorneys for Plaintiff Carlos M. Gomez Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS M. GOMEZ, SR., | ) | Case No. 2:18-cv-02698-KJM-KJN |
| | ) | |
|    Plaintiff, | ) | STIPULATION AND ORDER OF |
| | ) | DISMISSAL WITH PREJUDICE |
| v. | ) | |
| | ) | |
| CITY OF VACAVILLE, a public entity; Vacaville Police Officer WILLIAM BOEHM; and DOES 1-10, | ) ) ) ) | |
| | ) | |
|    Defendants. | ) | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement agreement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all claims and causes of action, with all parties to bear their own costs and attorneys' fees.

Dated: April 19, 2021         BEEKMAN CORTES, LLP,

By: __/S/ Catherine A. Beekman__
Catherine A. Beekman
Attorneys for Plaintiff

Dated: April 23, 2021         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: __/S/ Richard W. Osman__
Richard W. Osman
Attorneys for Defendants

### ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED. This matter is dismissed with prejudice with all parties to bear their own costs and attorneys' fees.

DATED: May 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL                    Case No. 2:18-cv-02698-KJM-KJN

2